NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.
Yahoo! Custodian of Records, )
701 First Avenue )
Sunnyvale, CA, 94089 ) '17 MJ 0959
User account: rickymancus21@yahoo.com )

FILED
17 JUN -1 PM 12: 28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MXN  DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___4/12/17___
                                                                    *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Bernard G. Skomal
                                *(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued: ___3/30/17  4 P.M.___                      ___[signature]___
                                                                        Judge's signature

City and state:  ___San Diego, CA___                Hon. Bernard G. Skomal, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 17MJ0959 | Date and time warrant executed: 3/31/17 @ 11:52 am | Copy of warrant and inventory left with: Email to Yahoo.com |
| Inventory made in the presence of : N/A | | |

Inventory of the property taken and name of any person(s) seized:

On 5-1-17, a compact disk was received via FedEx to SA Sabata. Contents of subjects email account contained on disk.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/31/17

_Executing Officer's Signature_

Lana K Sabata, Special Agent
_Printed name and title_